# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Kimberly Teresa Bradford

**BANKRUPTCY NO.** 2:16−bk−22151−SK

**CHAPTER** 13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):  xxx−xx−5619
Employer Tax−Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 5/17/17

**Address:**
1890 S COCHRAN AVE UNIT 1
Los Angeles, CA 90019

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: May 17, 2017

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN−150) Rev. 03/09

**28 / TDM**